*Motion denied substantially for the reasons*
*stated by Plaintiff (Dkt*
*1834)*

# MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SO ORDERED

_____

LEWIS A. KAPLAN, USDJ

12/3/25

| In re | |
|---|---|
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION | MASTER DOCKET |
| This document relates to: 18-cv-4894; 18-cv-4899; 18-cv-5053; 18-cv-5374; and 18-cv-8655. | 18-md-2865 (LAK) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/25

## NOTICE OF GROUP THREE DEFENDANTS' MOTION TO STAY THE GROUP THREE PROCEEDINGS PENDING APPEALS OF RELATED ISSUES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants

The Goldstein Law Group PC 401(K) Profit Sharing Plan, Sheldon Goldstein, Scott Goldstein,

Acer Investment Group, LLC, Del Mar Asset Management Saving & Retirement Plan, Federated

Logistics LLC 401K, David Freelove, Sterling Alpha LLC 401K Profit Sharing Plan, and John

Doscas (collectively, the "Group Three Defendants") will move the Court before the Honorable

Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order

staying all proceedings in the Group Three Cases[1] pending resolution of the appeals currently

before the Second Circuit in the consolidated Group One Cases[2] and in the Supreme Court of the

---

[1] Pursuant to Pretrial Order No. 51, the Court consolidated the following cases as the "Group Three Cases": *Skatteforvaltningen v. The Goldstein Law Group PC 401(k) Profit Sharing Plan, et al.*, 1:18-cv-05053, (the "Goldstein Action"), *Skatteforvaltningen v. Del Mar Asset Management Saving & Retirement Plan, et al.*, 1:18-cv-5374 and *Skatteforvaltningen v. Federated Logistics LLC 401k, et al.*, 1:18-cv-8655 (together, the "Freelove Actions"), and *Skatteforvaltningen v. Sterling Alpha LLC 401k Profit Sharing Plan, et al.*, 1:18-cv-4894 and *Skatteforvaltningen v. Sander Gerber Pension Plan, et al.*, 1:18-cv-4899 (together, the "Doscas Actions"). SKAT previously stipulated to dismissal of Sander Gerber and the Sander Gerber Pension Plan from *Skatteforvaltningen v. Sander Gerber Pension Plan, et al.* ECF 185 in 1:18-cv-4899.

[2] The "Group One Cases", comprised cases involving Richard and Jocelyn Markowitz and their pension plans, and John and Elizabeth van Merkensteijn and their plans, which were consolidated for trial before this Court beginning in January 2025.