USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION.

18-md-2865 (LAK)

This paper applies to: 18CV4894(LAK) & 18CV4899(LAK),

------------------------------------------x

**ORDER**
(Trial 3)

LEWIS A. KAPLAN, *District Judge.*

Magistrate Judge Lehrburger has reported to the Court that plaintiff and defendants John Doscas and Sterling Alpha LLC 401K Profit Sharing Plan have agreed to terms of settlement at today's settlement conference.

Accordingly, the case is dismissed in regards only to defendants John Doscas in docket numbers 18MD2865, 18CV4894, and 18CV4899, and defendant Sterling Alpha LLC 401K Profit Sharing Plan in docket numbers 18MD2865 and 18CV4894 with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, January 20, 2026, if the settlement is not executed by then. As this disposes of all remaining parties and claims in 18CV4894 and 18cv4899, the Clerk shall terminate those cases.

SO ORDERED.

DATED: December 17, 2025

Lewis A. Kaplan
United States District Judge