**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All Cases

Master Docket 18-md-02865 (LAK)

---

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR RESPOND TO NEW AND AMENDED COMPLAINTS FILED BY PLAINTIFF <u>SKATTEFORVALTNINGEN</u>

IT IS HEREBY STIPULATED AND AGREED by and between Skatteforvaltningen

("SKAT") and all defendants in these actions (the "Consolidated Defendants") that the period of

time for the Consolidated Defendants each to answer or otherwise respond to any new or

amended complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Doc.

No. 317) under FRCP Rule 12 or Rule 15, as the case may be, shall be extended to and include

Monday, June 29, 2020, unless and to the extent a defendant required to accept service fails to

provide a waiver thereof pursuant to Rule 4(d).

This is the parties' first request to modify the time for answering or responding to these

new and amended complaints.

1

Dated: May 1, 2020

By: /s /Marc A. Weinstein          By: /s /Mark D. Allison

    Marc A. Weinstein                  Mark D. Allison

    HUGHES HUBBARD & REED LLP     CAPLIN & DRYSDALE, CHARTERED

    One Battery Park Plaza            600 Lexington Avenue, 21st Floor

    New York, New York 10004       New York, New York 10022

    Tel: (212) 837-6000               Tel: (212) 379-6000

    marc.weinstein@hugheshubbard.com   mallison@capdale.com

    *On behalf of Plaintiff Skatteforvaltningen*     *On behalf of the Consolidated Defendants*

SO ORDERED:

_____

Hon. Lewis A. Kaplan
United States District Judge