UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Plaintiff,    In re SKAT

-v-

Defendant.

-----------------------------------------------------------x

AMENDED Referral Order
Trial 3 Cases for Settlement
Purposes

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE
(Corresponds to PTO 54)
18-MD-2865   (LAK ) ~~(RWL)~~   and
18cv05374, 18cv04894, 18cv05053, 18cv08655,
18cv04899.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/25

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions:_____

*Do not check if already referred for general pretrial.

Dated   3/6/2025

SO ORDERED:

_____
United States District Judge
Hon. Lewis A. Kaplan