UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)(RWL)

This paper applies to:
18cv05374, 18cv04894, 18cv05053, 18cv08655, 18cv04899.
------------------------------------------x

# PRETRIAL ORDER NO. 54
(Amended Referral Order of Trial 3 Cases for Settlement Purposes)

LEWIS A. KAPLAN, *District Judge.*

The cases listed above are referred to Honorable Robert W. Lehrburger for settlement purposes.

SO ORDERED.

Dated: March 6, 2025

Lewis A. Kaplan
United States District Judge